UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE RODELO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF TULARE, et al.,<br><br>　　　　　　Defendants. | No. 1:15-cv-01675-DAD-BAM<br><br>ORDER DISMISSING DEFENDANT COUNTY OF TULARE<br><br>(Doc. No. 31) |

　　　On March 2, 2016, plaintiff Maria Guadalupe Rodelo and defendant County of Tulare filed a joint stipulation dismissing defendant County of Tulare from this action with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. No. 32.)  In light of this stipulation, the defendant County of Tulare is hereby DISMISSED from this action with prejudice and without an award of attorneys' fees and costs to either party.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997).  This dismissal does not affect the other remaining defendants in this action.

IT IS SO ORDERED.

Dated:　**March 3, 2016**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1