UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE RODELO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TULARE, a municipality; and DOES 1-10,<br><br>Defendants. | No. 1:15-cv-01675-DAD-BAM<br><br>ORDER WARNING PLAINTIFF TO FILE AMENDED COMPLAINT OR DEFENDANT CITY OF TULARE WILL BE DISMISSED WITH PREJUDICE<br><br>(Doc. No. 34) |

On November 4, 2015, plaintiff Maria Guadalupe Rodelo filed her complaint in this action naming as defendants the City of Tulare, County of Tulare, and Does 1-10. (Doc. No. 1.)[1] Only municipal liability claims were alleged by plaintiff against the defendant City of Tulare. (*Id*.) On February 11, 2016, the District Judge previously assigned to this action dismissed the municipal liability claims against the City of Tulare pursuant to Federal Rule of Civil Procedure 12(b)(6)1). (Doc. No. 29.) In that same order, the court granted plaintiff leave to file an amended within twenty-one days of the date of that order "if plaintiff can do so consonant with Federal Rule of Civil Procedure 11." (*Id*.) On February 18, 2016, this action was reassigned to U.S. District Judge Dale A. Drozd for all further proceedings. (Doc. No. 30.) On March 3, 2016, pursuant to

---

[1] Plaintiff is now proceeding *pro se* in this action. (Doc. No. 35.)

1

the parties' stipulation, the court dismissed the County of Tulare from the action with prejudice. (Doc. No. 33.)

On March 4, 2016, counsel for the City of Tulare filed a proposed order dismissing all municipal liability claims against the City of Tulare with prejudice and entering judgment in favor of the City of Tulare due to plaintiff's failure to file an amended complaint in accordance with the court's February 11, 2016 order and the deadline for filing an amended complaint set forth therein. (Doc. No. 34.)

On March 8, 2016, the court issued an order providing plaintiff a final opportunity to file an amended complaint. (Doc. No. 36, at 3.) Specifically, the court ordered that:

> 1) Plaintiff is granted leave to file an amended complaint with twenty-one days of the date of this order 'if plaintiff can do so consonant with Federal Rule of Civil Procedure 11'; and
>
> 2) Plaintiff is advised that if she does not comply with this deadline the dismissal of the municipal liability claims against the City of Tulare will be with prejudice and judgment will be entered in favor of defendant City of Tulare.

(*Id*. at 4.)

As of the date of this order, more than a month after the issuance of the court's March 8, 2016 order, plaintiff has still not filed an amended complaint. However, on March 25, 2016, the assigned magistrate judge issued a minute order setting a scheduling conference in this action for April 26, 2016 at 9:00 AM and a deadline for the filing of a joint scheduling conference report a full week prior to the scheduling conference. (Doc. No. 38.) The minute order also noted that "[a]ll previously imposed dates are Vacated." (*Id*.) Because that minute order arguably also vacated the prior deadline set in undersigned's March 8, 2016 order for the filing of an amended complaint, out of an abundance of caution the court will provide plaintiff with one final opportunity to file an amended complaint if she can do so consonant with Federal Rule of Civil Procedure 11.[2]

---

[2] Plaintiff is advised that the court cannot refer to a prior pleading in order to make an amended complaint complete. Local Rule 220 requires that any amended complaint be complete in itself without reference to prior pleadings. The amended complaint will supersede the original complaint. See *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir.1967). Thus, in an amended complaint,

However, the court once again explicitly warns that if plaintiff fails to file an amended complaint within the time provided by this order, her claims against defendant City of Tulare will be dismissed with prejudice and judgment will be entered in favor of defendant City of Tulare.

For the reasons set forth above:

1) Plaintiff is granted leave to file an amended complaint, if plaintiff can do so consonant with Federal Rule of Civil Procedure 11, that must be filed and served by a new deadline of 2:00 p.m. on April 25, 2016; and

2) Plaintiff is advised that if she does not file an amended complaint by the date and time deadline set by this order, the dismissal of the municipal liability claims against defendant City of Tulare will be with prejudice and judgment will be entered in favor of defendant City of Tulare.

IT IS SO ORDERED.

Dated:   **April 11, 2016**                              _____
                                                        UNITED STATES DISTRICT JUDGE

---

just as if it were the initial complaint filed in the case, each defendant must be listed in the caption and identified in the body of the complaint, and each claim and the involvement of each defendant must be sufficiently alleged. Any amended complaint which plaintiff may elect to file in this action must also include concise but complete factual allegations describing the conduct and events which underlie plaintiff's claims.